IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILEY ZACHARY CARROLL**      **PETITIONER**

V.      **NO. 3:25-CV-48-MPM-RP**

**SUPERINTENDENT OWING, et al.**      **RESPONDENTS**

### ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN
### *IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this 28 U.S.C.A. §2254 case.

The court finds that Plaintiff's application for *in forma pauperis* status includes statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the certified copy in support of his request to proceed *in forma pauperis*. Therefore, it is

**ORDERED:**

That within 21 days Plaintiff is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date. Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court.

THIS the 14th day of April, 2024.

                                                      /s/ Roy Percy
                                                      UNITED STATES MAGISTRATE JUDGE